# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv220

| | |
|---|---|
| **BRENDA ROSE AND BRIAN ROSE,** on behalf of themselves and all others similarly situated, ) ) ) ) **Plaintiffs,** ) ) vs. ) ) **ZURN PEX, INC. and ZURN INDUSTRIES, INC.,** ) ) ) ) **Defendants.** ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants' motions for admission of attorneys Daniel J. Connolly, James A. O'Neal, and Amy R. Freestone as counsel *pro hac vice*. [Docs. 17, 18, 19].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motions are **ALLOWED**, and Daniel J. Connolly, James A. O'Neal, and Amy R. Freestone are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: August 12, 2008

Martin Reidinger
United States District Judge